**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 09-14310 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | STULTS, KENNETH ALAN AND STULTS, SHARON AILEEN | Date Filed (f) or Converted (c): | 12/06/2009 (f) |
| For the Period Ending: | 1/20/2010 | §341(a) Meeting Date: | 01/11/2010 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Personal residence: 2638 Golfbury Dr SW | $200,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Pocket cash | $30.00 | $0.00 | DA | $0.00 | FA |
| 3 | Pocket cash | $20.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking account, Comerica | $610.00 | $410.00 | DA | $0.00 | FA |
| 5 | Checking account, Macatawa #0206, overdrawn due to Macatawa's recent setoff. | $0.00 | $0.00 | DA | $0.00 | FA |
| 6 | Checking account, Macatawa #3118, overdrawn due to Macatawa's recent setoff. | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | Checking account, Macatawa #4956, overdrawn due to Macatawa's recent setoff. | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | Checking account, Macatawa #1173, overdrawn due to Macatawa's recent setoff. | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | Usual household goods, no single item worth more than $500. | $6,037.00 | $0.00 | DA | $0.00 | FA |
| 10 | Books (200) | $50.00 | $0.00 | DA | $0.00 | FA |
| 11 | CDs (80) | $120.00 | $0.00 | DA | $0.00 | FA |
| 12 | Game cartridges (12) | $24.00 | $0.00 | DA | $0.00 | FA |
| 13 | DVDs (45) | $45.00 | $0.00 | DA | $0.00 | FA |
| 14 | Used clothing | $232.00 | $0.00 | DA | $0.00 | FA |
| 15 | Wedding band | $35.00 | $0.00 | DA | $0.00 | FA |
| 16 | Wedding ring | $350.00 | $0.00 | DA | $0.00 | FA |
| 17 | Miscellaneous Jewelry | $147.00 | $0.00 | DA | $0.00 | FA |
| 18 | Digital keyboard | $400.00 | $0.00 | DA | $0.00 | FA |
| 19 | Firearm | $300.00 | $0.00 | DA | $0.00 | FA |
| 20 | Sporting equipment | $203.00 | $0.00 | DA | $0.00 | FA |
| 21 | Board games (11) | $5.00 | $0.00 | DA | $0.00 | FA |
| 22 | Digital Camera and Camcorder (old) | $40.00 | $0.00 | DA | $0.00 | FA |
| 23 | Term policy - Nationwide | $0.00 | $0.00 | DA | $0.00 | FA |
| 24 | Term policy - Nationwide | $0.00 | $0.00 | DA | $0.00 | FA |
| 25 | Xango proprietorship - $200 in checking account | $200.00 | $0.00 | DA | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 09-14310 | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|
| Case Name: | STULTS, KENNETH ALAN AND STULTS, SHARON AILEEN | | | Date Filed (f) or Converted (c): | 12/06/2009 (f) |
| For the Period Ending: | 1/20/2010 | | | §341(a) Meeting Date: | 01/11/2010 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 100% shares of Stults and Associates, Inc. - Subchapter S corporation: liabilities exceed assets | $0.00 | $0.00 | DA | $0.00 | FA |
| 27 | Crystal Lake Dream LLC - owns real estate at 965 35th St, Wyoming MI. Real estate value is $150,000, subject to a first mortgage of $120,000 (guaranteed by Ken Stults individually) and a second mortgage of $30,000. Value of asset does not exceed liabilities secured by those assets. | $0.00 | $0.00 | DA | $0.00 | FA |
| 28 | 2009 federal and state income tax refunds, estimated at $1800 and prorated to date of signing (12/2/2009) | $1,647.13 | $0.00 | DA | $0.00 | FA |
| 29 | 2008 Pontiac Grand Prix (leased) | $0.00 | $0.00 | DA | $0.00 | FA |
| 30 | 2005 Chevrolet Tahoe - 90,000 miles | $16,300.00 | $0.00 | DA | $0.00 | FA |
| 31 | 2005 Jayco Trailer | $16,400.00 | $0.00 | DA | $0.00 | FA |
| 32 | 2004 Four Winns 210 Horizon and trailer | $16,405.00 | $0.00 | DA | $0.00 | FA |
| 33 | 1 used dog | $1.00 | $0.00 | DA | $0.00 | FA |
| 34 | Nationwide Deferred Comp plan | $0.00 | $0.00 | DA | $0.00 | FA |
| 35 | Recovery of funds from Macatawa Bank from | $5,586.63 | $0.00 | | $0.00 | $5,586.63 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$265,187.76     $410.00     $0.00     $5,586.63

Initial Projected Date Of Final Report (TFR): 01/20/2011     Current Projected Date Of Final Report (TFR): 01/20/2011